# MEMO ENDORSED



Litigationsword Orel LLC
Sergei Orel LLC,
Attorney at Law
2125 Center Avenue, Suite 608
Fort Lee, New Jersey 07024
Tel: 201-491-1464
Tel: 917 277-8806
Sergei@litigationsword.com
Carter@litigationsword.com
James@litigationsword.com
www.LitigationSword.com

> The request is denied.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 14.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 8/23/2021
> New York, New York

August 20, 2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *RainMarkers Partners, LLC v. NewSpring Capital LLC et al (21-CV-6800)*

Dear Judge Ramos,

  We are counsel for plaintiff RainMakers Partners, LLC, and we write to request that until the parties can agree to and put in place a Protective Order concerning the treatment of "confidential" documents, information, and other materials that the Court order that all letters, motions, declarations, memoranda, and all other papers be filed under seal. We are concerned that opposing counsel may (perhaps even inadvertently) reveal information that we consider to be confidential or proprietary.

  Opposing counsel, Paul Leary, does not share our concern and he will not consent to our request.

  According to the Court's most briefing schedule, dated August 13, opposition papers are due on Monday, August 23 before 9 am; and reply papers are due on Tuesday, August 24 before 9 am, with a preliminary hearing scheduled at 3:30 pm.

  We thank the Court for its attention to this matter and welcome the opportunity to address any concerns or questions that the Court may have regarding this matter.

Very truly yours,

/s/ Reeves Carter