UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAINMAKERS PARTNERS LLC,

                Plaintiff,

– against –

NEWSPRING CAPITAL, LLC,
NEWSPRING HOLDINGS, LLC, and
NSH III MANAGEMENT COMPANY,
LLC,

                Defendants.

**ORDER**

21 Civ. 6800 (ER)

RAMOS, D.J.:

        On August 12, 2021, Plaintiff filed this suit, along with a motion for a temporary restraining order and preliminary injunction. Docs. 1, 6, and 7. The Court denied the request for a temporary restraining order, and held a hearing on August 24, 2021 on the request for a preliminary injunction. *See* Doc. 9. For the reasons stated at that hearing, the Court DENIES Plaintiff's motion for preliminary injunction, and the Clerk of Court is respectfully directed to terminate the motions. Docs. 6 and 7.

        It is SO ORDERED.

Dated:    August 25, 2021
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.