**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAINMAKERS PARTNERS, LLC,

                Plaintiff,

-against-                                      21 **CIVIL** 6800 (ER)

                                                      **<u>JUDGMENT</u>**

NEWSPRING CAPITAL, LLC,
NEWSPRING HOLDINGS, LLC, and
NSH III MANAGEMENT COMPANY, LLC,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2023, NewSpring's motion for summary judgment as to all three claims in the complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      May 18, 2023

                                                        **RUBY J. KRAJICK**

                                                         _____
                                                            **Clerk of Court**

                                     **BY:**      *K. Mango*

                                                          _____
                                                            **Deputy Clerk**